UNITED STATES of America, Plaintiff–Appellee,

v.

Raymond MONTOYA MANCHA, Sr., Defendant–Appellant.

No. 04–50041.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 16, 2005.

Ellen A. Lockwood, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alvaro Martinez, Law Offices of Alvaro Martinez Jr., Midland, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Raymond Montoya Mancha, Sr., appeals his conviction for aiding and abetting the distribution of cocaine within one thousand feet of a school and conspiracy to distribute cocaine within one thousand feet of a school. He contends only that evidence of his two prior cocaine-related convictions should not have been admitted because

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

they were unduly prejudicial. The district court did not abuse its discretion by concluding that the prejudicial value of the evidence was not substantially outweighed by the danger of unfair prejudice. *See United States v. Beechum,* 582 F.2d 898, 911 (5th Cir.1978) *(en banc).* The judgment of the district court is **AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.